UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE AURORA DAIRY CORP.      )
ORGANIC MILK MARKETING     )    Case No. 4:08MD01907 ERW
AND SALES PRACTICES LITIGATION  )

<u>This Order Relates to:</u>
*Mothershead, et al. v. Aurora Organic Dairy*    Case No. 4:07CV01701 ERW
*Koch v. Aurora Dairy Corporation*    Case No. 4:08CV00254 ERW
*Fiallos v. Aurora Dairy Corporation*    Case No. 4:08CV00280 ERW
*Freyre, et al. v. Aurora Dairy Corporation*    Case No. 4:08CV00303 ERW
*Still et al. v. Aurora Dairy Corporation*    Case No. 4:08CV00305 ERW
*Kaye v. Aurora Dairy Corporation*    Case No. 4:08CV00371 ERW
*Hudspeth et al. v. Target Corporation*    Case No. 4:08CV00374 ERW
*Bowen v. Wal-Mart Stores, Inc.*    Case No. 4:08CV00382 ERW
*Cockrell v. Aurora Dairy Corporation*    Case No. 4:08CV00384 ERW
*Snell, et al. v. Aurora Dairy Corporation, et al.*    Case No. 4:08CV00385 ERW
*Tysseling-Mattiace v. Wild Oats Market, Inc.*    Case No. 4:08CV00386 ERW
*West et al. v. Aurora Dairy Corporation*    Case No. 4:08CV00387 ERW

## <u>MEMORANDUM AND ORDER</u>

Several of the Motions resolved in the Court's Memorandum and Order dated April 3,

2008, were also filed in the individual transferred cases listed above.

Accordingly,

**IT IS HEREBY ORDERED** that the Organic Consumers Association's Motion for

Leave to File an *Amicus Curiae* Brief and Supporting Memorandum [4:07CV01701 doc. #30,

4:08CV00254 doc. #22, 4:08CV00280 doc. #15, 4:08CV00303 doc. #16, 4:08CV00305 doc.

#16, 4:08CV00371 doc. #13, 4:08CV00374 doc. #12, 4:08CV00382 doc. #12, 4:08CV00384

doc. #12, 4:08CV00385 doc. #18, 4:08CV00386 doc. #13, 4:08CV00387 doc. #12] is

**GRANTED.**

**IT IS FURTHER ORDERED** that the Center for Food Safety's Motion for Leave to

File an *Amicus Curiae* Brief and Supporting Memorandum [4:07CV01701 doc. #31,

4:08CV00254 doc. #23, 4:08CV00280 doc. #16, 4:08CV00303 doc. #17, 4:08CV00305 doc.

#17, 4:08CV00371 doc. #14, 4:08CV00374 doc. #13, 4:08CV00382 doc. #13, 4:08CV00384

doc. #13, 4:08CV00385 doc. #19, 4:08CV00386 doc. #14, 4:08CV00387 doc. #13] is

**GRANTED.**

Dated this <u>4th</u> Day of <u>April</u>, 2008.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com